IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CR 110-041 |
| | * | |
| CHARLES ANTHONY DAVIS | * | |

**O R D E R**

On November 10, 2010, Defendant Charles Anthony Davis pleaded guilty to possession of a firearm by a convicted felon, a violation of 18 U.S.C. § 924(c)(1). Defendant was sentenced to 60 months of imprisonment on this count. Defendant did not appeal the conviction or sentence. However, Defendant filed a motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255 on December 5, 2011. This Court denied the motion on March 15, 2013.

On June 27, 2016, Defendant filed a "Motion to Compel Reduction under <u>Johnson</u> and/or Successive 28 U.S.C. § 2255." Based upon his motion, Defendant is aware that in order for him to bring another § 2255 motion, he must move the Eleventh Circuit Court of Appeals for an order authorizing this Court to consider a second or successive § 2255 motion. <u>See</u> 28 U.S.C. §§ 2255, 2244(b)(3). In fact, a review of the Eleventh Circuit's docket shows that he sent this same motion to the Clerk, United States Court of Appeals, and his petition to

file a second or successive motion has been filed in the appellate court. Accordingly, the motion to compel (doc. 71) is **DENIED AS MOOT**.

Further, while Defendant may have received a copy of this Court's Administrative Order dated June 2, 2016, informing him that his criminal case was under review for a possible Johnson claim, the Volunteer Lawyers identified therein did not take Defendant's case, and the time to do so has passed.[1] Accordingly, Defendant must proceed *pro se,* as he is in the Eleventh Circuit, because at this point he has not demonstrated the exceptional circumstances that would warrant the appointment of counsel. See 28 U.S.C. § 2255(g)(incorporating by reference the standards of 18 U.S.C. § 3006A(a)(2)(B) for the appointment of counsel).

**ORDER ENTERED** at Augusta, Georgia, this 19th day of July, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] See generally In re: Retroactive Application of Johnson v. United States, MC 116-005 (S.D. Ga. June 2, 2016).

2